**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jim Javenkoski |
| Debtor 2 (Spouse, if filing) | Mary Ellen Messner |
| United States Bankruptcy Court for the: | Northern District of IL (State) |
| Case number | 12-44796 |

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 5 7 0 6

**Property address:** 5127 North Claremont
Number    Street

APT# 1N

Chicago, IL 60625
City                    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 52,413.99

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0

c. **Total**. Add lines a and b.    (c) $ 52,413.99

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    09 / 01 / 2016
MM / DD / YYYY

Debtor 1    **Jim Javenkoski**
            First Name    Middle Name    Last Name

Case number (*if known*)    12-4476

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ ./s/ Timothy M. Johnson
   Signature

Date  05 / 18 / 2018

Print    **Timothy M. Johnson**
         First Name    Middle Name    Last Name

Title  Attorney

Company    **Marinosci Law Group**

If different from the notice address listed on the proof of claim to which this response applies:

Address    134 N LaSalle St., Ste 1900
           Number    Street

           Chicago IL 60602
           City    State    ZIP Code

Contact phone  ( 312 ) 940 – 8580

Email  tjohnson@mlg-defaultlaw.com

---

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:    05/18/2018

Chapter    13 Trustee:    Marilyn O Marshall

Trustee Address:    —

Trustee Email:    courtdocs@chi13.com

Debtor's Counsel Name:    Jonathan D Parker

Debtor's Counsel Address:    —

Debtor's Counsel Email:    ndil@geracilaw.com

Debtor 1 Name:    Jim Javenkoski

Debtor 2 Name    Mary Ellen Messner

Debtor's Mailing Address:    5127 North Claremont, APT# 1N, Chicago, IL 60625

Debtor Email:

_/s/_  Staci Matthei